# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| RONNIE G. JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:16-CV-774-KPJ |
| | § | |
| CITY OF SHERMAN, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## AMENDED ORDER REGARDING ATTORNEY'S FEES

Before the Court is the parties' Agreed Motion to Vacate Order Granting Plaintiff's Motion for Attorney's Fees (the "Motion to Vacate") (Dkt. 145). On March 28, 2018, the Court issued an order granting Plaintiff's unopposed motion for an award of attorney's fees in the amount of $213,786.25 (the "Order Awarding Fees"). *See* Dkt. 144. According to the Motion to Vacate, the parties had reached an agreement prior to the entry of the Order Awarding Fees, providing that Defendant City of Sherman, Texas ("Defendant") would pay Plaintiff Ronnie G. Jackson ("Plaintiff") $200,000.00, for attorney's fees and $3,740.26, for costs. Upon consideration, the Court finds the Motion to Vacate (Dkt. 145) is **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's Order Granting Plaintiff's Motion for Attorney's Fees (Dkt. 144) is **VACATED**.

**IT IS FURTHER ORDERED** that Defendant shall pay to Plaintiff $200,000.00, for attorney's fees, and the Bill of Costs in the amount of $3,740.26 (Dkt. 146) shall be entered.

**IT IS SO ORDERED**.

SIGNED this 5th day of April, 2018.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE